[No. 37143-0-II.   Division Two.   June 16, 2009.]

EARL E. YATES, *Appellant*, v. JANE C. ELLIS, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-2-00149-7, Craddock D. Verser, J., entered December 11, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 37466-8-II.   Division Two.   June 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY HEINIG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01823-1, Katherine M. Stolz, J., entered March 14, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 37501-0-II.   Division Two.   June 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID WAYNE LANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01653-1, Christine A. Pomeroy, J., entered March 19, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37554-1-II.   Division Two.   June 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN MASSART LINDSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00037-4, Gary R. Tabor, entered April 7, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.